IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01612-PAB-KMT

NATIONAL RENAL ALLIANCE, LLC, n/k/a RAI II, LLC,

    Plaintiff,

v.

GAIA HEALTHCARE SYSTEMS, LLC,

    Defendant.

---

**ORDER**

---

This matter comes before the Court on the Joint Motion Stipulating to Award of Attorney's Fees [Docket No. 25] filed by plaintiff National Renal Alliance, LLC and garnishee Drason Consulting Services, LLC ("Drason").  On October 27, 2011, the Court set aside the entry of default against Drason on the condition that Drason pay the reasonable attorney's fees and costs incurred by plaintiff in seeking entry of default and default judgment against it and in opposing his motion to set aside the entry of default. *See* Docket No. 24 at 5.  The Court further ordered that plaintiff and Drason endeavor to reach a stipulation regarding a reasonable amount.  *See id.* at 5-6.  In the joint motion, plaintiff and Drason stipulate that $3,857.50 constitutes a reasonable fee award and seek to have the Court award that amount to plaintiff.  Therefore, it is

    **ORDERED** that the Joint Motion Stipulating to Award of Attorney's Fees [Docket No. 25] is GRANTED.  Garnishee Drason Consulting Services, LLC shall pay to plaintiff reasonable attorney's fees and costs in the amount of $3,857.50.

DATED November 3, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge